■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDALL RUTLEDGE, Appellant. [851 NYS2d 897]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about June 21, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Buckley, Sweeny and McGuire, JJ.